IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

FILED '06 DEC 11 14:16 USDC-ORP

| | |
|---|---|
| JEFFREY R. SISEMORE,<br><br>     Plaintiff,<br><br>vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security<br>     Defendant | Civil No. 04-1326-PK<br><br><br>ORDER FOR EAJA FEES |

Based upon the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $7,200.00 pursuant to 28 U.S.C. § 2412 shall be awarded to Plaintiff. No other fees, costs, or expenses shall be awarded.

DATED this 11th day of December, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

Presented by:

s/ Richard M. Rodriguez
RICHARD M. RODRIGUEZ
Special Assistant United States Attorney
(206) 615-3748
Of Attorneys for Defendant